**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

WILLIAM ARAUJO,

                          **Plaintiff,**

          -against-

E. MISHAN & SONS, INC., et al.,

                         **Defendants.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 11/23/2020

**19-CV-5785 (JPC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Pursuant to the Order entered by the Court on September 24, 2020, the parties were directed to file a joint status letter by November 17, 2020. See ECF No. 66. As of November 23, 2020, no letter has been filed. The parties are ORDERED to file their status letter by Monday, November 30, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      November 23, 2020
              New York, New York