```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
WILLIAM ARAUJO,                                                  :
                                                                 :
                              Plaintiff,                         :
                                                                 :         19 Civ. 5785 (JPC) (SN)
                -v-                                              :
                                                                 :                 ORDER
E. MISHAN & SONS, INC. and FORGOT MY                             :
SOUVENIRS LLC,                                                   :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has reviewed the parties' claim construction briefing and will hold a *Markman* hearing on January 28, 2022 at 9:30 a.m. in Courtroom 12D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  By January 24, 2022, the parties shall submit a joint prehearing statement, which shall contain the following information:

- An explanation of the issues that the parties intend to raise at the hearing and attaching as exhibits any additional evidence that has not already been provided to the Court;

- Whether any party proposes to call one or more witnesses at the hearing and, if so, the identity of each such witness; and

- The anticipated length of time necessary, per side, for the hearing.

SO ORDERED.

Dated: January 10, 2022  
      New York, New York  
                                                   JOHN P. CRONAN  
                                                   United States District Judge