UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILLIAM ARAUJO,

                      Plaintiff,

           -v-

E. MISHAN & SONS, INC. and FORGOT MY
SOUVENIRS LLC,

                    Defendants.
------------------------------------------------------------------X

19 Civ. 5785 (JPC) (SN)

ORDER

JOHN P. CRONAN, United States District Judge:

      The Court has reviewed the parties' Joint Prehearing Statement. Dkt. 89. It is hereby ordered that Defendants' unopposed request to take the deposition of Plaintiff prior to Plaintiff's anticipated testimony at the *Markman* hearing is granted. The *Markman* hearing scheduled for January 28, 2022 is adjourned to February 16, 2022 at 9:30 a.m. in Courtroom 12D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. The Court will permit one hour for argument per side and 30 minutes each for the direct and cross examination of Plaintiff.

      SO ORDERED.

Dated: January 25, 2022
       New York, New York

                                               JOHN P. CRONAN
                                               United States District Judge