**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMIRALI Y. HAIDRI, ESQ.
110 HILLSIDE AVENUE, SUITE 104
SPRINGFIELD, NEW JERSEY 07081-3007
(908) 688-8700
Attorney for Plaintiff(s)
Our File No. 1449

| | |
|---|---|
| WILLIAM ARAUJO, | : Civil Action.: 1:19-cv-05785-JPC-SN |
| Plaintiff, | : |
| | : NOTICE OF MOTION |
| vs. | : |
| E. MISHAN & SONS, INC. and FORGOT MY SOUVENIRS, LLC, | : |
| Defendant. | : |

PLEASE TAKE NOTICE that plaintiff William Araujo by his attorney Amirali Y. Haidri will move the Honorable John P. Cronan, U.S.D.J. on October 14, 2022 or any other date that may be specified by the Court for an Order sealing the Claim Construction Opinion and Order dated June 29, 2022 which is Document No. 93.

In support of our motion, we will rely on the attached Declaration of plaintiff.

No Brief is submitted in that this is a Motion seeking routine relief that involves no unique issues of law.

Date: September 20, 2022