## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

AMIRALI Y. HAIDRI, ESQ.
110 HILLSIDE AVENUE, SUITE 104
SPRINGFIELD, NEW JERSEY 07081-3007
(908) 688-8700
Attorney for Plaintiff(s)
Our File No. 1449

| | |
|---|---|
| WILLIAM ARAUJO, | : Civil Action.: 1:19-cv-05785-JPC-SN |
| Plaintiff, | : |
| | : ORDER |
| vs. | : |
| E. MISHAN & SONS, INC. and FORGOT MY SOUVENIRS, LLC, | : |
| Defendant. | : |

**THIS MATTER** having been opened to the Court on the motion of plaintiff William Araujo, by Amirali Y. Haidri, Esq. for an Order sealing Document 93 entitled Claim Construction Opinion and Order dated June 29, 2022, the Court having considered the matter including the following factors:

(a) the nature of the materials or proceedings at issue;

(b) the legitimate private or public interests which warrant the relief sought;

(c) the clearly defined and serious injury that would result if the relief sought is not granted;

(d) why a less restrictive alternative to the relief sought is not available;

(e) any prior order sealing the same materials in the pending action; and

(f) the identity of any party or nonparty known to be objecting to the sealing request.

and good cause appearing;

**IT IS** on this          day of October         , 2022

ORDERED and adjudged that the Clerk shall seal Document No. 93; and it is further

**ORDERED** that a copy of this Order shall be deemed served upon counsel for the defendants E. Mishan & Sons, Inc. and Forgot My Souvenirs, LLC when so posted electronically.

 

_____

Hon. John P. Cronan, U.S.D.J.

Check List of Papers Considered:

|  | AFFIDAVIT | BRIEF |
|---|---|---|
| ANSWERING PAPERS FILED BY: | ( ) | ( ) |
| _____ |  |  |
| REPLY PAPERS FILED BY: | ( ) | ( ) |
| _____ |  |  |